# Exhibit B

Christopher Kelly
202.719.7115
ckelly@wiley.law

# wiley

Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Tel:  202.719.7000

**wiley.law**

November 17, 2022

**VIA EMAIL:  RICHARD@EDENHOLISTICS.COM**

Rich Freedman
Eden Holistics
4823 Anchorage Street
Las Vegas NV 89147

Re:    **EDEN HOLISTICS**

Dear Mr. Freedman:

This firm represents Eden Foods, Inc. ("Eden Foods") of Clinton, Michigan, in connection with its intellectual property matters.  Eden Foods recently learned of Eden Holistics and its use of the EDEN mark with respect to wellness products for human and animal consumption.  We write to inform you that Eden Holistics' use of EDEN and EDEN HOLISTICS in association with these products is likely to cause consumer confusion with and infringes Eden Foods' protected family of EDEN trademarks.  We therefore write to demand cessation of all use of the EDEN HOLISTICS mark, and any other marks incorporating the EDEN formative.

Eden Foods is a leading producer and distributor of natural and organic food and beverage products, including products for supplementing dietary and nutritional needs.  Eden Foods adopted and commenced use of EDEN as a trademark in the 1960s and has used the name continuously and without interruption to the present day, currently offering over 300 products under the EDEN name.  Our client's EDEN brand products are available throughout the United States through virtually every kind of food merchandising outlet, including national and regional supermarket chains, local grocery stores, food cooperatives, health food stores, convenience stores and department stores.  Eden Foods' products also are available through mail order outlets and via the Internet, including through Eden Foods' website found at <edenfoods.com>.  Our client and its EDEN brand products are well known and award winning.

Eden Foods is the owner of a family of registered EDEN marks, the strength of which has been repeatedly recognized by the U.S. Patent and Trademark Office Trademark Trial and Appeal Board, including:

- Reg. No. 1,440,754 – **EDENSOY** for soybean based food beverages, registered on the Principal Register May 26, 1987.

- Reg. No. 1,452,337 – **EDEN** for pickled plums; processed and unprocessed dried fruits; processed nuts; processed seeds; vegetable oils; namely, corn oil, olive oil, safflower oil, sesame oil; snack foods consisting of processed nuts, processed seeds and dried fruits; processed grains, namely, corn meal, soy flour, chickpea flour, barley flour, wheat flour, buckwheat flour, millet flour, rice flour, rye flour; pasta, namely, wheat noodles, wheat and egg noodles, wheat and soy noodles, wheat and spinach noodles, wheat and buckwheat noodles; soy sauce; barley malt syrup for table use; vinegar; mustard; tomato based spaghetti sauce; sea salt for

Rich Freedman
November 17, 2022
Page 2

table use; beverage consisting of tea and herbs; unprocessed beans, namely, aduki, black turtle beans, kidney beans, great northern beans, green lentils, mung beans, navy beans, pinto beans, soy beans; unprocessed peas, namely, chickpeas, split peas; unprocessed nuts; unprocessed edible seeds; unprocessed grains, namely barley, rice, wheat, buckwheat and millet; unprocessed corn and unpopped popcorn; unprocessed sea vegetables, namely sea weed, registered on the Principal Register August 11, 1987.

- Reg. No. 1,862,634 – **EDEN** for vegetable oils, crushed tomatoes, sauerkraut, and processed canned beans; pasta; pizza sauce; teas; crackers; chips; misos; and condiments; namely, mustard, sea salt, processed sesame seeds, garlic pastes, furikake, pickled beefsteak leaf powder, bonito flakes, pickled ginger, tekka, wasabi powder, tamari, and shoyu; unprocessed grains; namely, barley, wheat and quinoa, registered on the Principal Register November 15, 1994.

- Reg. No. 2,229,053 – **EDEN** for fruit butter, fruit sauce and fruit juices, registered on the Principal Register March 2, 1999.

- Reg. No. 2,272,652 – **EDEN ORGANIC & Design** for vegetable oils; processed vegetables; soybean based food beverages; soybean based misos; nut and fruit butters; processed nuts; processed edible seeds; processed mixture consisting of any combination of fruits, nuts and seeds; vegetable chips; and dried fruits; tea; sugar; rice; pasta and noodles; flour; breakfast cereals; honey; syrup for table use; candy; salt; mustard; vinegar; sauces, namely, pizza and spaghetti sauces, soy sauce; processed grains; rice and grain based food beverages; herbal food beverages; seasonings, namely, processed sesame seeds, garlic pastes, furikake, pickled beefsteak leaf powder, bonito flakes, pickled ginger, tekka, wasabi powder; crackers; brown rice chips; granola; unprocessed vegetables, unprocessed grains, unprocessed nuts and unprocessed edible seeds; fruit juices; beverage concentrates for use in making non-alcoholic soft drinks, registered on the Principal Register August 24, 1999.

- Reg. No. 2,503,977 – **EDEN** for dietary food supplements, namely, edible kombu root seaweed, garlic balls and ume plum concentrate, registered on the Principal Register November 6, 2001.

- Reg. No. 2,905,671 – **EDENEWS** for newsletters in the field of food and food related topics, nutrition, health and diet, farming and agricultural and environmental issues, registered on the Principal Register November 30, 2004.

- Reg. No. 2,977,773 – **EDEN** for processed popcorn for popping, registered on the Principal Register July 26, 2005.

- Reg. No. 3,071,337 – **EDEN FOODS** for vegetable oils; processed vegetables; soybean based food beverages; soybean based misos; nut and fruit butters; processed nuts; processed edible seeds; processed mixture consisting of any combination of fruits, nuts and seeds; vegetable chips and dried fruits; tea; sugar; rice; pasta and noodles; flour; breakfast cereals; honey; syrup for table use; candy; salt; mustard; vinegar; sauces, namely, pizza and spaghetti sauces, soy sauce;

**wiley.law**

Rich Freedman
November 17, 2022
Page 3

processed grains; rice and grain based food beverages; herbal food beverages; seasonings, namely, processed sesame seeds, garlic pastes, furikake, pickled beefsteak leaf powder, bonito flakes, pickled ginger, tekka, wasabi powder; crackers; brown rice chips; and granola; unprocessed fruits, unprocessed vegetables, unprocessed grains, unprocessed nuts and unprocessed edible seeds, registered on the Principal Register March 21, 2006.

- Reg. No. 3,102,575 – **EDEN** for dried cherries, registered on the Principal Register June 13, 2006.

- Reg. No. 4,065,063 – **EDEN** for providing recipes and information in the field of cooking and food preparation; providing information in the field of health, nutrition, diet, beauty and organic farming techniques, registered on the Principal Register December 6, 2011.

- Reg. No. 4,171,490 – **EDENEWS** for downloadable electronic newsletters in the field of food and food-related topics, nutrition, health and diet, farming and agricultural and environmental issues, registered on the Principal Register July 10, 2012.

- Reg. No. 4,264,567 – **EDEN STORE** for retail and on-line store featuring food and beverage products, registered on the Principal Register December 25, 2012.

- Reg. No. 4,264,570 – **EDEN** for retail and on-line store featuring food and beverage products, registered on the Principal Register December 25, 2012.

- Reg. No. 4,272,393 – **EDEN FOODS** for processed beans; processed fruits; processed tomatoes" and crackers; entrees and side dishes consisting primarily of rice and beans, registered on the Principal Register January 8, 2013.

- Reg. No. 4,336,312 – **EDEN RECIPES** for downloadable software in the nature of an application for obtaining news and information in the field of food and food related topics, nutrition, health and diet and related textual, audio and video content on mobile and stationary electronic devices, registered on the Principal Register May 14, 2013.

- Reg. No. 4,431,041 – **EDEN** for tooth powder; dietary food supplements and nutritional supplement concentrates; sushi mats; processed vegetables; chili; processed mushrooms; raisins; tofu; vegetable based food beverages; prepared entrees consisting primarily of beans with rice and other side dishes; Umeboshi plum paste; grain based food beverages; natural food sweeteners; arrowroot for use as a food thickener; rice; Ponzu sauce; prepared entrees consisting primarily of rice with beans and other side dishes; edible spices; concentrates for making non-alcoholic beverages; and cooking wine, registered on the Principal Register November 12, 2013.

Eden Holistics' use of EDEN HOLISTICS is likely to cause confusion with Eden Foods' family of EDEN marks, which is the touchstone to a trademark infringement analysis. Eden Foods' protected EDEN mark is included in its entirety as the dominant portion of the EDEN HOLISTICS

**wiley.law**

Rich Freedman
November 17, 2022
Page 4

mark, differentiated only by the purely descriptive term "holistics," in a stylization that clearly emphasizes the term "Eden."  Eden Holistics also apparently intends EDEN as its trademark, as it utilizes a TM signifier next to the term EDEN in its stylization.  Thus, Eden Holistics' mark is nearly identical, if not identical to Eden Foods' established trademarks.  The goods offered under the EDEN HOLISTICS marks are also highly similar to Eden Foods' products, with a shared focus on healthful and healing consumable products.  These facts, in view of Eden Foods' strong and broad family of EDEN marks, render consumer confusion almost inevitable.  As a result, Eden Holistics' use of EDEN and EDEN HOLISTICS infringes upon Eden Foods' trademark rights.

On behalf of Eden Foods, we demand that Eden Holistics cease all current and planned use of EDEN HOLISTICS or any other marks including the term "Eden."  Please respond to this correspondence by **December 1, 2022**, confirming that Eden Holistics will acquiesce to these demands.

If we do not receive Eden Holistics' response, or if the response is anything less than satisfactory, Eden Holistics' use of any marks including the term "Eden" will be viewed as both willful infringement of Eden Foods' registered trademarks and federal unfair competition under the Federal Trademark Act of 1946, as amended (the "Lanham Act").

Please also note that this letter does not prejudice any other rights or remedies available to Eden Foods.

Very truly yours,

Christopher Kelly

cc:  Adrienne J. Kosak, Esq.