# Exhibit F

**Kosak, Adrienne**

| | |
|---|---|
| **From:** | Administrative Support |
| **Sent:** | Wednesday, February 25, 2026 5:27 PM |
| **To:** | Kosak, Adrienne |
| **Cc:** | Administrative Support |
| **Subject:** | UPS Exception Notification, Tracking Number 1Z2738730194758268 |

**Importance:**       High


Hi Adrienne,

See notice from UPS below.

Thanks,
Towanda



Towanda Spencer
Administrative Support Assistant
tspencer@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.4058
wiley.law

**From:** UPS <auto-notify@ups.com>
**Sent:** Wednesday, February 25, 2026 5:08 PM
**To:** Spencer, Towanda <tspencer@wiley.law>
**Subject:** UPS Exception Notification, Tracking Number 1Z2738730194758268

**External Email - Use Caution**



**The status of your package has changed.**

| | |
|---|---|
| **Exception Reason:** | The receiver has moved. We're attempting to obtain a new delivery address for this receiver. |

1

At the request of WILEY REIN LLP, this notice alerts you that the status of the shipment listed below has changed.

## Shipment Details

| | |
|---|---|
| **Tracking Number:** | 1Z2738730194758268 |
| **Ship To:** | Eden Holistics LLC<br>6290 McLeod Drive, #110<br>LAS VEGAS, NV 891204448<br>US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Package Weight:** | 1.0 LBS |
| **Reference Number 1:** | 795430001 |

### Discover more about UPS:

Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

© 2026 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**Review the UPS Privacy Notice**

**For Questions, Visit Our Help and Support Center**