# Exhibit G

**Kosak, Adrienne**

| | |
|---|---|
| **From:** | Saitta, Rebecca |
| **Sent:** | Friday, May 22, 2026 5:38 PM |
| **To:** | H. Stan Johnson; Kosak, Adrienne |
| **Cc:** | Kelly, Christopher; Ryan Johnson; Kevin Johnson |
| **Subject:** | RE: Eden Holistics: Notice of Breach |

Stan,

We have been more than patient, but your client does not appear to be taking his obligations under the settlement agreement seriously.  By **COB today**, please describe with specificity what additional changes are being made and when they will be visible on the web site so that we can properly evaluate your proposal.  Eden Foods reserves all rights.

Thank you,
Rebecca



Rebecca L. Saitta
Attorney at Law
rsaitta@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7075 • m:  703.216.9217
Download V-Card | wiley.law | Bio

**From:** H. Stan Johnson <sjohnson@cohenjohnson.com>
**Sent:** Friday, May 22, 2026 5:27 PM
**To:** Saitta, Rebecca <RSaitta@wiley.law>; Kosak, Adrienne <AKosak@wiley.law>
**Cc:** Kelly, Christopher <CKelly@wiley.law>; Ryan Johnson <rjohnson@cohenjohnson.com>; Kevin Johnson <kjohnson@cohenjohnson.com>
**Subject:** Re: Eden Holistics: Notice of Breach

**External Email - Use Caution**

I certainly understand and I appreciate your patience.  I spoke to him yesterday about some additional issues. Prior to that he was out of the country. Since there is a holiday weekend and he is making more changes, I would ask for maybe Friday. When you make changes to a website they don't show up immediately. They have to work through the cache and sometimes it takes several days.
Thanks

H. Stan Johnson, Esq.
Cohen Johnson
375 Ea. Warm Springs Rd. Ste. 104
Las Vegas, Nevada 89119
702-823-3500

1

sjohnson@cohenjohnson.com

---

**From:** Saitta, Rebecca <RSaitta@wiley.law>
**Sent:** Friday, May 22, 2026 12:52:49 PM
**To:** H. Stan Johnson <sjohnson@cohenjohnson.com>; Kosak, Adrienne <AKosak@wiley.law>
**Cc:** Kelly, Christopher <CKelly@wiley.law>; Ryan Johnson <rjohnson@cohenjohnson.com>; Kevin Johnson <kjohnson@cohenjohnson.com>
**Subject:** RE: Eden Holistics: Notice of Breach

Stan,

It has been several weeks, and we still have not received a response to my email below.  And while it appears that some changes were made to the Eden Holistics web site, your client has failed to cure the breaches and remains in violation of the settlement agreement.  Absent full compliance, we plan to file the attached complaint on Tuesday.

Thank you,
Rebecca



Rebecca L. Saitta
Attorney at Law
rsaitta@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7075 • m:  703.216.9217
Download V-Card | wiley.law | Bio

---

**From:** Saitta, Rebecca
**Sent:** Friday, April 10, 2026 12:16 PM
**To:** 'H. Stan Johnson' <sjohnson@cohenjohnson.com>; Kosak, Adrienne <AKosak@wiley.law>
**Cc:** Kelly, Christopher <CKelly@wiley.law>; 'Ryan Johnson' <rjohnson@cohenjohnson.com>; 'Kevin Johnson' <kjohnson@cohenjohnson.com>
**Subject:** RE: Eden Holistics: Notice of Breach

Stan,

As a follow-up, please advise by *COB today* the specific items your client is working on "correcting" per the email below.  Despite your assurances, a visit to you client's web site demonstrates that Eden Holistics continues to sell the infringing products, with labels bearing stylizations of the mark prohibited by the parties' settlement agreement.  This is both blatant trademark infringement and a breach of the settlement agreement.  While we have tried to be patient, our client will not wait another week just to find out that your client refuses to stop the infringing activity.

Please advise by *COB today.*

Thank you,
Rebecca



Rebecca L. Saitta
Attorney at Law
rsaitta@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7075 • m:  703.216.9217
Download V-Card | wiley.law | Bio

---

**From:** Saitta, Rebecca <RSaitta@wiley.law>
**Sent:** Friday, April 10, 2026 8:27 AM
**To:** H. Stan Johnson <sjohnson@cohenjohnson.com>; Kosak, Adrienne <AKosak@wiley.law>
**Cc:** Kelly, Christopher <CKelly@wiley.law>; Ryan Johnson <rjohnson@cohenjohnson.com>; Kevin Johnson <kjohnson@cohenjohnson.com>
**Subject:** RE: Eden Holistics: Notice of Breach

Thank you, Stan.  Please provide us with an update by ***Wednesday, April 15*** indicating the specific corrective actions taken.

All rights reserved.

Rebecca



Rebecca L. Saitta
Attorney at Law
rsaitta@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7075 • m:  703.216.9217
Download V-Card | wiley.law | Bio

---

**From:** H. Stan Johnson <sjohnson@cohenjohnson.com>
**Sent:** Thursday, April 9, 2026 6:22 PM
**To:** Saitta, Rebecca <RSaitta@wiley.law>; Kosak, Adrienne <AKosak@wiley.law>
**Cc:** Kelly, Christopher <CKelly@wiley.law>; Ryan Johnson <rjohnson@cohenjohnson.com>; Kevin Johnson <kjohnson@cohenjohnson.com>
**Subject:** Re: Eden Holistics: Notice of Breach

**External Email - Use Caution**

---

I have been working with the client on this, and I thought we had corrected everything, but I found a few more things that I thought should be changed.  So, I thank you for your patience in this matter and I think by next week everything should be in compliance with the agreement.


*Stan Johnson*

**H. Stan Johnson, Esq.**

**Cohen Johnson**

**Phone:** 702-823-3500

**Web:** www.cohenjohnson.com

**Email:** sjohnson@cohenjohnson.com

330 E Warm Springs Road, Suite 100

Las Vegas, NV 89119

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication, please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.

---

**From:** Saitta, Rebecca <RSaitta@wiley.law>
**Sent:** Tuesday, April 7, 2026 8:13 AM
**To:** H. Stan Johnson <sjohnson@cohenjohnson.com>; Kosak, Adrienne <AKosak@wiley.law>
**Cc:** Kelly, Christopher <CKelly@wiley.law>; Ryan Johnson <rjohnson@cohenjohnson.com>; Kevin Johnson <kjohnson@cohenjohnson.com>
**Subject:** RE: Eden Holistics: Notice of Breach

Stan – We have waited another week and have not received a response.  Please provide your availability for a call this week.  As noted below, this is a priority for Eden Foods.

To the extent that we do not hear from you by ***COB tomorrow*** with some proposed dates and times, we intend to move forward with a filing to enforce our client's rights.

All rights reserved.

Thank you,
Rebecca



Rebecca L. Saitta
Attorney at Law
rsaitta@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7075 • m:  703.216.9217
Download V-Card | wiley.law | Bio

**From:** Saitta, Rebecca <RSaitta@wiley.law>
**Sent:** Monday, March 30, 2026 7:59 AM
**To:** H. Stan Johnson <sjohnson@cohenjohnson.com>; Kosak, Adrienne <AKosak@wiley.law>
**Cc:** Kelly, Christopher <CKelly@wiley.law>; Ryan Johnson <rjohnson@cohenjohnson.com>; Kevin Johnson <kjohnson@cohenjohnson.com>
**Subject:** RE: Eden Holistics: Notice of Breach

Stan – Thank you.  Please let us know when you can discuss this week.  This matter is a priority for our client, and we need to make sure it is remedied promptly.

All rights reserved.

Thank you,
Rebecca


 Rebecca L. Saitta
Attorney at Law
rsaitta@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7075 • m:  703.216.9217
Download V-Card | wiley.law | Bio


**From:** H. Stan Johnson <sjohnson@cohenjohnson.com>
**Sent:** Wednesday, March 25, 2026 4:06 PM
**To:** Saitta, Rebecca <RSaitta@wiley.law>; Kosak, Adrienne <AKosak@wiley.law>
**Cc:** Kelly, Christopher <CKelly@wiley.law>; Ryan Johnson <rjohnson@cohenjohnson.com>; Kevin Johnson <kjohnson@cohenjohnson.com>
**Subject:** Re: Eden Holistics: Notice of Breach

**External Email - Use Caution**

I am meeting the client next week. Sorry for being non responsive but we have been moving our offices.

H. Stan Johnson, Esq.
Cohen Johnson
375 Ea. Warm Springs Rd. Ste. 104
Las Vegas, Nevada 89119
702-823-3500
sjohnson@cohenjohnson.com

**From:** Saitta, Rebecca <RSaitta@wiley.law>
**Sent:** Friday, March 13, 2026 10:54:40 AM
**To:** Kosak, Adrienne <AKosak@wiley.law>; H. Stan Johnson <sjohnson@cohenjohnson.com>
**Cc:** Kelly, Christopher <CKelly@wiley.law>; Ryan Johnson <rjohnson@cohenjohnson.com>; Kevin Johnson <kjohnson@cohenjohnson.com>
**Subject:** RE: Eden Holistics: Notice of Breach

Stan,

Nice to mee you via email.

I just tried calling and understand you are in a meeting.  Per my voice mail, please give me a call back at your earliest convenience or let me know some good times for a call.

Thank you,
Rebecca

 Rebecca L. Saitta
Attorney at Law
rsaitta@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7075 • m:  703.216.9217
Download V-Card | wiley.law | Bio

**From:** Kosak, Adrienne <AKosak@wiley.law>
**Sent:** Wednesday, March 11, 2026 8:50 AM
**To:** H. Stan Johnson <sjohnson@cohenjohnson.com>
**Cc:** Kelly, Christopher <CKelly@wiley.law>; Saitta, Rebecca <RSaitta@wiley.law>; Ryan Johnson <rjohnson@cohenjohnson.com>; Kevin Johnson <kjohnson@cohenjohnson.com>
**Subject:** Eden Holistics: Notice of Breach

Hi Stan,

We never heard back from your client on our notice of breach, and as mentioned below, the address he provided in the settlement agreement for notice is faulty. Could you please confirm receipt?

Also, by way of introduction, I've cc'd my colleague Rebecca Saitta on this email. Rebecca is helping us out with this matter in the event it escalates to a litigation for breach. To be perfectly clear, this *will* escalate to litigation if Mr. Fried does not promptly cure his breaches.

Best,
Adrienne

**From:** Kosak, Adrienne
**Sent:** Monday, March 2, 2026 10:22 AM
**To:** H. Stan Johnson <sjohnson@cohenjohnson.com>; Richard Fried <richard@edenholistics.com>
**Cc:** Kelly, Christopher <CKelly@wiley.law>; Davis, Betty <BDavis@wiley.law>
**Subject:** RE: Eden Holistics: Notice of Breach

Mr. Fried,

We received notification that the UPS overnight delivery package containing your Notice of Breach (attached again here), which we sent to the address you specified in the parties' agreement (6290 McLeod Drive, #110, Las Vegas, NV 89120) was returned as undeliverable. Please confirm that you have received this correspondence.

Also, please note that Eden Foods has complied with its requirements under the Agreement for providing notice, and that the identified breaches must be cured within 30 days of February 23, 2025, notwithstanding the UPS delivery issue.

Sincerely,
Adrienne Kosak

---

**From:** Kosak, Adrienne
**Sent:** Monday, February 23, 2026 1:48 PM
**To:** H. Stan Johnson <sjohnson@cohenjohnson.com>; Richard Fried <richard@edenholistics.com>
**Cc:** Kelly, Christopher <CKelly@wiley.law>; Davis, Betty <BDavis@wiley.law>
**Subject:** Eden Holistics: Notice of Breach

Messrs. Fried and Johnson,

Please see the attached correspondence regarding Eden Holistics' breach of the agreement between it and Eden Foods. This correspondence (which is being sent simultaneously for UPS overnight delivery) constitutes notice of breach under Paragraph 12 of the parties' settlement agreement, which triggers the 30-day period within which Eden Holistics must cure the breach.

 Adrienne J. Kosak
Attorney at Law
akosak@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7319 • m:  202.617.9190
Download V-Card | wiley.law | Bio

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed, and it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender and delete this email and any attachments.