# Exhibit H

**Kosak, Adrienne**

| | |
|---|---|
| **From:** | H. Stan Johnson <sjohnson@cohenjohnson.com> |
| **Sent:** | Friday, May 22, 2026 7:41 PM |
| **To:** | Saitta, Rebecca |
| **Subject:** | February 23, 2026 Notice of Breach |

**External Email - Use Caution**

1. The home page no longer claims to sell gummies.

2. It sells 3 tinctures which specifically indicate they are for topical use only. Any reference to oral consumption has been removed. In addition, it is Eden Holistics position that federal law does not allow for the sale of tinctures that are intended for oral consumption in interstate commerce. FFDCA sec. 301(ii). And this is stated on their website.

3. Any reference to taking the produce by mouth and swallowing has been removed.

4. There are no dog treats on the website.

5. The instructions for use in the FAQ section have been changed to remove the reference to putting under the tongue and swallowing.

6. The words: oral, orally, consumed, gummies, consumable, consumption, mouth, swallowing, dog treats, do not appear anywhere on the website.

Based upon these changes I believe that the breached refenced in your letter have been cured. In talking with my client, these were all oversites and not intentional breaches.

*Stan Johnson*

**H. Stan Johnson, Esq.**
**Cohen Johnson**
**Phone:** 702-823-3500
**Web:** www.cohenjohnson.com
**Email:** sjohnson@cohenjohnson.com
330 E Warm Springs Road, Suite 100

1

Las Vegas, NV 89119

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication, please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.